UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASAD MAHMOOD SIDDIQUI, ZUHAIB ASAD SIDDIQUI, NUSRAT ASAD,

               Petitioners,

-against-

MARCO RUBIO, et al.,

               Respondents.

25-CV-8394 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) requesting that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: October 23, 2025
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge